UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARTIS EXZOLUS WILLIS,

      Plaintiff,                                Civil Action No. 15-14353

vs.                                           HON. MARK A. GOLDSMITH

INTERNAL REVENUE SERVICE, et al.,

      Defendants.
_____/

## **JUDGMENT**

      For the reasons stated in the order entered on this date, it is ordered and adjudged that plaintiff's complaint be dismissed for failing to state a claim upon which relief could be granted.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT


                                     By:    s/Karri Sandusky
                                                   DEPUTY COURT CLERK


APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE